CHRIS S. AMO, Respondent, v LITTLE RAPIDS CORPORATION et al., Defendants and Third-Party Plaintiffs-Appellants, and LAFRAMBOISE GROUP, LTD., Appellant. MRL CONSTRUCTORS OF NEW YORK, LTD., Third-Party Defendant-Appellant.

Submitted November 3, 2003; decided December 22, 2003

Motion by Chris S. Amo to dismiss the appeal taken by Little Rapids Corporation granted and appeal dismissed, with $400 costs and $100 costs of motion, upon the ground that a CPLR 5601 (d) appeal does not properly lie here.

Judge GRAFFEO taking no part.

BETLEM SERVICE CORP., Respondent, v THEODORE KUSTAS et al., Appellants.

Submitted November 3, 2003; decided December 22, 2003

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of the Appellate Division entered in this action commenced in the Rochester City Court (NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]).

HERMINO NEGRON et al., Plaintiffs, v METRO WOMEN'S CENTER, Defendant, and DAVID BENJAMIN, Appellant. CITY OF NEW YORK et al., Third-Party Respondents.

Submitted October 6, 2003; decided December 22, 2003

Motion by David Benjamin, insofar as it seeks leave to appeal on behalf of Jacqueline Benjamin, dismissed upon the ground that David Benjamin is not authorized to represent Jacqueline Benjamin; motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic.